```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION

SHARON L. DENNIS                                        PLAINTIFF

            v.                 Civil No. 12-5212

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT
```

<u>**ORDER**</u>

Now on this 11TH day of December, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #6) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that this matter is **dismissed on the grounds that plaintiff has failed to respond to a Court order.** *See* **Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

```
                          ___/s/ Jimm Larry Hendren___
                          JIMM LARRY HENDREN
                          UNITED STATES DISTRICT JUDGE
```