```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

SHARON L. DENNIS                                                  PLAINTIFF

        v.                Civil No. 12-5212

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

### ORDER

Now on this 11ᵀᴴ day of December, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #6) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that this matter is **dismissed on the grounds that plaintiff has failed to respond to a Court order.** *See* **Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE